**SO ORDERED.**
**SIGNED this 2nd day of September, 2015**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| In Re:  Wilma Joyce Chitwood | Case No. 3:15-bk-31324-SHB |
| Debtor | Chapter 13 |

ORDER

This matter came before the Court upon Debtor's Objection to Proof of Claim filed by Cavalry SPV I, LLC Assignee of Capital One Bank (USA), N.A. ("Cavalry"), Claim Number Eleven (11) ("Objection"). By this Objection, Debtor requests that the claim filed by Cavalry, claim number eleven (11), be objected to in its entirety because it is a duplicate to Proof of Claim Number 10 filed by Cavalry.

Cavalry, the Chapter 13 Trustee and the Office of the United States Trustee were served with the Objection, Notice and Order apprising them of the relief sought and of their right to appear and oppose said relief.

Based upon the record before it, the Court finds that claim number eleven (11) filed by Cavalry is barred in its entirety and accordingly grants the Debtor's Objection.

###

APPROVED FOR ENTRY:

/s/ Brent Travis Strunk_____
Brent Travis Strunk, BPR 023050
Brackett and Strunk, PLLC
Attorney for the Debtor
1104 Merchants Drive, Suite 101
Knoxville, TN 37912
(865) 688-0868
Ch7and13@comcast.net