LAW OFFICES
# BASS & ASSOCIATES
A PROFESSIONAL CORPORATION

FORT LOWELL CORPORATE CENTER
SUITE 200
3936 EAST FORT LOWELL ROAD
TUCSON, ARIZONA 85712

TELEPHONE
(520) 577-1544
FACSIMILE
(520) 577-1546

October 19, 2015

Eastern District of Tennessee
800 Market St # 300
Knoxville, TN 37902-2343

Name;          Wilma Joyce Chitwood
Case:          15-31324
Claim Number:  12

To Whom It May Concern:

Our firm filed the above listed proof of claim on behalf of our client on July 24, 2015 in the amount of 1894.51. Upon reviewing case information, we respectfully request the above proof of claim be withdrawn.

If you have any questions or need further assistance regarding this matter, please feel free to contact us at our toll free number 888-283-4624 x 5908.

Sincerely,

Jason Erwin
Bass & Associates, P.C.
Authorized Agent for
Cavalry SPV 1, LLC